IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,      Criminal No. 05-10024

   Plaintiff,

v.

KEITH ROBINSON,

   Defendant.

## UNITED STATES' MOTION TO CONTINUE TRIAL

Comes now the United States of America by and through counsel, Terrell L. Harris, United States Attorney, by Jimmy L. Croom, Assistant United States Attorney, for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant Keith Robinson, is scheduled for trial on Wednesday, July 6, 2005 at 9:30a.m. Counsel for the government is scheduled to be out of town the week of July 4 through July 8, 2005, on a pre-planned, pre-paid vacation.

Movant has discussed the filing of this Motion with Ms. Diane Smothers, counsel for the defendant, who has expressed no objection thereto. The parties seek to continue the trial to a date after July 8, 2005.

**MOTION GRANTED**
DATE: 24 May 2005

_Jimmy D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/26/05

**WHEREFORE**, for the grounds set forth above, the government respectfully requests that the trial be reset to a date after July 8, 2005.

Respectfully submitted,

Jimmy L. Croom
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee  38301
731-422-6220  (TN. Bar No. 12040)

By: _____
Jimmy L. Croom
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, Jimmy L. Croom, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been mailed, first class postage pre-paid, to:

Ms. Diane Smothers
Counsel for defendant
109 South Highland, B-8
Jackson, Tennessee 38301

This 24th day of May, 2005.

_____
Jimmy L. Croom
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CR-10024 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT