# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION



FILED BY _SP_ D.C.

05 JUN 23 PM 3: 17

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W D OF TN -JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                        No. 05-10024-T

KEITH ROBINSON,

    Defendant.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for June 23, 2005, and the trial date which is currently scheduled for July 6, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from July 6, 2005, to August 1, 2005, at 9:30 A.M.</u> The resulting period of delay, from July 6, 2005, to August 1, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for July 13, 2005, at 8:45 a.m.

IT IS SO ORDERED.

                              _/s/ James D. Todd_
                              JAMES D. TODD
                              UNITED STATES DISTRICT JUDGE

                              23 June 2005
                              DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6/27/05_

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10024 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT