# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

**F I L E D BY**

UNITED STATES OF AMERICA,

      Plaintiff,

VS.

KEITH ROBINSON,

      Defendant.

No. 05-10024T

JUL 1 2 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

## ORDER CONTINUING TRIAL AND REPORT DATE
### AND EXCLUDING DELAY

Upon  motion of counsel for defendant, with no objection from the government and  for good cause shown,  the report date which is currently scheduled for July 13, 2005, and the trial date which is currently scheduled for August 1, 2005, are hereby continued.   The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant  more time  to prepare for trial.  Accordingly, the trial is continued from August 1, 2005, to August 10, 2005,  at 9:30 A.M.  The resulting period of delay, from August 1, 2005,  to August 10, 2005,  is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for August 3, 2005,  at 9:00 a.m.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_11  July  2005_
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7/12/05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CR-10024 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT