# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

FILED BY ____ D.C.
05 AUG -4 PH 4:59
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | No. 05-10024-T |
| KEITH ROBINSON, ) | |
| Defendant. ) | |

## ORDER DENYING MOTION TO SUPPRESS EVIDENCE AND DEFENDANT'S STATEMENT

Defendant Keith Robinson, by and through counsel, has moved to suppress evidence seized on November 14, 2004, and that the statement made by defendant be suppressed. A hearing on the motions was held on August 3, 2005, at which time the court heard the testimony of witnesses and statements of counsel. Based upon the evidence presented, and for the reasons stated in open court on August 3, 2005, defendant's motions are denied.

IT IS SO ORDERED.

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_4 August 2005_
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  8/5/05

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:05-CR-10024 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT